**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-03037-RPM-KLM

KATHERINE LUTHER,

       Plaintiff,

v.

J.C. CHRISTENSEN & ASSOCIATES, INC., a Minnesota corporation, and, RESURGENT CAPITAL SERVICES L.P., a Delaware limited partnership,

       Defendants.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay their own attorney's fees and costs.

DATED: February 12th, 2010

       BY THE COURT:

       s/Richard P. Matsch
       _____
       Richard P. Matsch, Senior District Judge